O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HORACE GOZON FRIEND ) Case No. EDCV 15-975-JGB
) 
) 
) **JUDGMENT**
Plaintiff, )
)
v. )
)
JAMES G. CARR, ET AL. )
)
)
Defendants. )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed on July 6, 2015 (Doc. No. 26), the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

Dated: July 17, 2015  _____
Jesus G. Bernal
United States District Judge

1